UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Case No 05 CV 00522

| | |
|---|---|
| UNITED STATES GOLF ASSOCIATION, INC., a Delaware corporation | )<br>)<br>) |
| and | )<br>) |
| PINEHURST, INC., a North Carolina corporation | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v | )<br>) |
| VARIOUS JOHN and JANE DOES, Individuals, | )<br>)<br>) |
| and | )<br>) |
| VARIOUS XYZ CORPORATIONS | )<br>)<br>) |
| Defendants | ) |

**ORDER**

THIS MATTER COMING ON TO BE HEARD pursuant to the August 10th, 2005 Notice of Dismissal by Plaintiffs,

And it appearing to the Court that plaintiffs posted a cash bond in the amount of Ten Thousand Dollars ($10,000) at the outset of this action, and that all plaintiffs have dismissed with prejudice all claims in this action against all defendants, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is HEREBY ORDERED, ADJUDGED AND DECREED that the full amount of this cash bond of $10,000 shall be refunded by the Clerk to the plaintiffs within seven (7) days of the entry of this written Order

SO ORDERED  This the 24 day of August, 2005

_____
UNITED STATES DISTRICT COURT JUDGE